Mazen and Nina SHAHIN, Appellants
Below, Appellants

v.

CITY OF DOVER BOARD OF
ASSESSMENT APPEALS,
Appellee Below, Appellee.

No. 82, 2016

Supreme Court of Delaware.

Submitted: July 15, 2016
Decided: September 27, 2016
Rehearing En Banc Denied
October 25, 2016

Court Below—Superior Court of the
State of Delaware, C.A. No. K15A-08-004

AFFIRMED.

Michael E. LAMBERT, Jr., Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 67, 2016

Supreme Court of Delaware.

Submitted: October 5, 2016
Decided: October 7, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1410004532

AFFIRMED.